UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GLOSTON-PHELPS ET AL            CIVIL ACTION

V.            NO. 17-11844 "H"(1)

CRAIG WEBRE

## JUDGMENT

For reasons issued April 25, 2019 and filed herein (Doc. 42);

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs' federal claims are DISMISSED with prejudice and Plaintiffs' state claims are DISMISSED without prejudice.

Signed in New Orleans, Louisiana, this 29th day of April, 2019.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE